UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEON PAUL MAURICE CASADABAN | * | CIVIL ACTION |
| versus | * | NO. 06-7411 |
| ALLSTATE INSURANCE COMPANY, MICHAEL G. MIRAMON INSURANCE, and AAA CONTRACTORS | * | SECTION "F" |

ORDER AND REASONS

Before the Court is plaintiff's motion to remand. For the reasons that follow, the motion is DENIED as premature.

The Fifth Circuit applies the "rule of unanimity" to removed cases with multiple defendants: Absent exceptional circumstances, all served defendants must join or otherwise file a written notice of consent to removal before the expiration of the 30-day removal period in 28 U.S.C. § 1446. <u>Getty Oil Corp. v. Insurance Co. of North America</u>, 841 F.2d 1254, 1261-62 (5th Cir. 1988) (holding that all served defendants are required to join in petition for removal no later than 30 days from the date on which the first defendant was served); <u>Gillis v. Louisiana</u>, 294 F.3d 755, 759 (5th Cir. 2002) (finding exceptional circumstances cured board's retroactive ratification of consent, given that the board attempted to schedule a meeting before removal period expired, chairman of the board was also a plaintiff, and timely consent was given by an

1

agent who was informally authorized).

In their petition for declaratory judgment and damages, the plaintiffs sued their insurer, their agent, and their contractor. But at this time, the contractor, AAA Contractors, has not been served and is not yet a proper party to this lawsuit. Therefore, this Court cannot make a determination on the issue of remand.

Accordingly, the plaintiff's motion to remand is DENIED as premature.

New Orleans, Louisiana, January 26, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

2